UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS P. KOOLEN
    Plaintiff,

v.                                                          C.A. No. 10-50 S

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,
INC., et al.,
    Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 29, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Defendant Ablitt Scofield, P.C.'s Motion to Dismiss is hereby GRANTED.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge

Date: 7/22/10